# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 11-PO-00118-DLW |
| ROBERT J. LANIER | BEN GIBBONS (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count I of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 668dd(a-o) and 50 C.F.R. 26.21(a) | Trespass on a National Wildlife Refuge | July 26, 2010 | I |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

April 7, 2011
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

April 7, 2011
Date

DEFENDANT: ROBERT J. LANIER
CASE NUMBER: 11-PO-00118-DLW

Judgment-Page 2 of 5

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of One (1) Year.

## ADDITIONAL CONDITIONS OF UNSUPERVISED PROBATION

1) Defendant shall attend all scheduled court sessions, cannot commit another criminal act, and

2) Defendant shall not enter or be present on the Alamosa Wildlife Refuge for a period of one (1) year from the date of this Judgment.

DEFENDANT: ROBERT J. LANIER
CASE NUMBER: 11-PO-00118-DLW

Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| I | $10.00 | 0 | $300.00 | $0.00 |
| **TOTALS** | $10.00 | | $300.00 | $0.00 |

DEFENDANT: ROBERT J. LANIER
CASE NUMBER: 11-PO-00118-DLW

Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Fine and Special Assessment Fee shall be paid in full by August 1, 2011.

If Defendant has not paid in full by August 1, 2011 he must appear before the Magistrate Judge at 4 Chico Camino, Monte Vista, Colorado on August 4, 2011 at 10:30 a.m.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest